**Order entered May 1, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00006-CR
No. 05-13-00007-CR
No. 05-13-00009-CR

**JOY JANE KIRVEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No.**
**Dallas County, Texas**
**Trial Court Cause Nos. F`1-46422-H, F12-56534-H, F12-50611-H**

## ORDER

The Court **REINSTATES** the appeals.

On March 26, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On April 29, 2013, we received the record. Therefore, in the interest of expediting the appeals, we **VACATE** the March 26, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
         JUSTICE